UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Tsunami Sales & Marketing, Inc.,<br><br>        Plaintiff,<br><br>    v.<br><br>Johnson Outdoor Products, Inc.,<br><br>        Defendant. | No. 2:18-cv-520 WBS/CKD<br><br>**ORDER REFERRING MATTER TO VOLUNTARY DISPUTE RESOLUTION PROGRAM** |

Upon the stipulation of counsel for the parties, the Court does hereby order that this case be referred to the Court's Voluntary Dispute Resolution Program ("VDRP"), and the Court's Case Management Plain (Dkt. 17) is hereby modified as follows:

A. VDRP shall be completed on or before January 2, 2019.

B. All discovery shall be noticed as to be completed by March 29, 2019.

C. Final pretrial conference shall take place on **July 22, 2019 at 1:30 p.m.**

D. The case shall be reset for trial on **September 10, 2019 at 9:00 a.m.**

E. All other terms of the Court's prior Case Management Plan (Dkt. 17) shall remain in full force and effect.

**SO ORDERED:**

Dated: October 5, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1
OREDER REFERRING CASE TO VDRP