# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Tsunami Sales & Marketing, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Johnson Outdoor, Inc., <br><br> Defendant. | No. 2:18-cv-520 WBS/CKD <br><br><br> **AMENDED ORDER REFERRING MATTER TO VDRP** |

Upon stipulation of the parties, the Court does hereby enter the following amended order, referring this matter to VDRP, as follows:

of October 5, 2018 (Dkt. 20), as follows:

    A. VDRP to be completed by February 14, 2019.

    B. All discovery noticed to be completed by April 30, 2019.

    C. All motions noticed by April 30, 2019.

    D. All other terms of the Court's Case Management Order (Dkt. 17) and initial order for VDRP (Dkt. 20) shall remain in full force and effect.

**SO ORDERED:**

Dated: January 9, 2019

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE