# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Tsunami Sales & Marketing, Inc., <br><br>　　　　Plaintiff, <br><br>　　v. <br><br>Johnson Outdoor, Inc., <br><br>　　　　Defendant. | No. 2:18-cv-520 WBS/CKD <br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

    Based upon the parties' stipulation above, the Court does hereby order that all claims and counterclaims of any sort asserted in the above matter are dismissed with prejudice. Each party to bear its own costs and fees. The District Court Administrator is directed to enter judgment in conformity herewith.

    LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: March 11, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1